

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00481-CR

Robert Stewart **MAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 18-03-00041-CRK
Honorable Lynn Ellison, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's "Motion to Withdraw Pursuant to *Anders*" is GRANTED.

SIGNED August 10, 2022.

_____
Lori I. Valenzuela, Justice